1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  HANLEY CHEW  (189985)
   Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113                            *E-FILED - 2/2/10*
       Telephone: (408) 535-5061
7      Fax:  (408) 535-5066
       E-Mail: hanley.chew@usdoj.gov
8

9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE  DIVISION
13

14 UNITED STATES OF AMERICA,           )   No. CR 09- 00464 RMW
                                       )
15      Plaintiff,                     )
                                       )   STIPULATION AND []
16   v.                                )   ORDER CONTINUING DEFENDANT'S
                                       )   SENTENCING
17 GREGORY LANZ,                       )
                                       )
18      Defendant.                     )
                                       )
19

        The parties, including the defendant, stipulate as follows:

1.      On October 5, 2009, defendant Gregory Lanz ("defendant") pled guilty, pursuant to

a plea agreement, to count one the indictment, charging him withfraud and related activity in

connection with computers, in violation of 18 U.S.C. §§ 1030(a)(2)(C) & (c)(2)(B)(i).

Defendant's sentencing is currently scheduled for January 25, 2010 at 10:00 a.m.

 2.     The Probation Office has stated that it needs additional time to complete the Presentence

Report in this matter.  The parties do not object to a continuance for this purpose.  The Probation

Office has been notified concerning the proposed date of the continuance and has no objection.

        Therefore, the parties respectfully request that the Court continue defendant's sentencing

STIP. & [] ORDER
U.S. v. LANZ, No. CR 09-00464 RMW

1 | from January 25, 2010 to February 22, 2010, at 10:00 a.m.

2 | IT IS SO STIPULATED.

|  | JOSEPH P. RUSSONIELLO |
|---|---|
|  | United States Attorney |

Dated: 12/29/09    /s/ Hanley Chew
HANLEY CHEW
Assistant United States Attorney

Dated: 12/29/09    /s/ Ann Moorman
ANN MOORMAN
Attorney for Defendant

### [] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Gregory Lanz's sentencing in the above-captioned case is continued from January 25, 2010 to February 22, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: 2/2/10

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Court Judge